AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Kyle James Young<br><br>_____<br>*Defendant* | )<br>)    Case: 1:21-cr-00291<br>)    Assigned to: Judge Berman Jackson, Amy<br>)    Assign Date: 4/9/2021<br>)    Description: INDICTMENT (B)<br>)    Related Case No: 21-cr-00246 (ABJ)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kyle James Young

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 Obstruction of an Official Proceeding; 18 U.S.C. § 231(a)(3) Civil Disorder; 18 U.S.C. § 111(a)(1) Assaulting, Resisting, or Impeding Certain Officers; 18 U.S.C. § 2111 Robbery; 18 U.S.C. § 1752(a)(1) Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(3) Impeding Ingress and Egress in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(4) Engaging in Physical Violence in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(E) Impeding Passage Through the Capitol Grounds or Buildings; 40 U.S.C. § 5104(e)(2)(F) Act of Physical Violence in the Capitol Grounds or Buildings;

Date: 04/09/2021

                                                                2021.04.09 16:16:07
                                                                -04'00'
                                                                *Issuing officer's signature*

City and state:   Washington, DC                    ZIA M. FARUQUI, U.S. Magistrate Judge
                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12 APRIL 2021, and the person was arrested on *(date)* 14 APRIL 2021
at *(city and state)* REDFIELD, IOWA.

Date: 14 APRIL 2021                     TFO  Matt Towers
                                                                *Arresting officer's signature*

                                                MATT TOWERS   TFO   FBI OM DMRA
                                                                *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Kyle James Young

Known aliases:

Last known residence: 1410 Thomas Street, Redfield, IA 50233

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: N/A

Date of birth: 04/05/1984

Social Security number: 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

Height: N/A          Weight: N/A

Sex: MALE           Race:

Hair: N/A           Eyes: N/A

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 865615XB3

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: