IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-291-3** |
| | : | |
| | : | |
| **KYLE J. YOUNG** | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Catherine C. Henry*
CATHERINE C. HENRY
Senior Litigator

**CERTIFICATE OF SERVICE**

     I, Catherine C. Henry, Senior Litigator, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via Electronic Case Filing ("ECF") upon Cara A. Gardner and Tara Ravindra, Assistant United States Attorneys, United States Attorney's Office, 555 4th St., NW, Washington, DC 20530.

                                               */s/ Catherine C. Henry*
                                               CATHERINE C. HENRY
                                             Senior Litigator

DATE:  June 3, 2021