IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 21-291-3 |
| | : | |
| KYLE J. YOUNG | : | |

### DEFENDANT'S RESPONSE TO MINUTE ORDER REGARDING VIDEO EXHIBIT RELEASE

Kyle J. Young, by and through his counsel, respectfully submits this response to the Court's June 23, 2021 Minute Order directing all parties to respond to Petitioners' request for access to "videos referenced in and depicted in screenshots in the government's Memorandum in Support of Detention" in the matter of codefendant Thomas Sibick and, in doing so, avers as follows:

1. On March 15, 2021, the government filed a Memorandum in Support of Detention for codefendant Sibick.  *See* ECF Doc. 8.

2. On June 1, 2021, counsel for the Press Coalition filed a petition requesting access to and the public release of videos referenced in and attached as exhibits to the government's Memorandum.  *See* 21-mc-0082, Doc. 1.

3. On June 23, 2021, the Court issued a Minute Order, pursuant to Standing Order No. 21-28, directing Mr. Young, through counsel, to advise the Court whether he objects to the release of the videos at issue in the petition filed by members of the media in 21-mc-0082.

4. Accordingly, Mr. Young hereby advises that he takes no position on the relief sought

by the Press Coalition in 21-mc-0082.

                      Respectfully submitted,

                      */s/ Catherine C. Henry*
                      CATHERINE C. HENRY
                      Senior Litigator

                      */s/ Katrina Young*
                      KATRINA YOUNG
                      Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

We, Catherine Henry, Senior Litigator, and Katrina Young, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that we have electronically filed and served a copy of the attached Response to Minute Order Regarding Video Exhibit Release via Electronic Case Filing ("ECF") upon:

Cara A. Gardner
Tara Ravindra
Assistant United States Attorneys
United States Attorney's Office
555 4th St., NW
Washington, DC 20530.

                                                       */s/ Catherine C. Henry*
                                                       CATHERINE C. HENRY
                                                       Senior Litigator

                                                       */s/ Katrina Young*
                                                       KATRINA YOUNG
                                                       Assistant Federal Defender

DATE:  June 28, 2021