# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| v. | : | Case No. 1:21-cr-291-ABJ |
| | : | |
| Kyle J. Young, | : | |
|     Defendant. | : | |

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of the Defendant, Kyle J. Young, in the above-captioned case.

Dated: August 3, 2021    Respectfully Submitted,


    /s/
Samuel C. Moore
District of Columbia Bar ID: 1015060
Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: scmoore@scmoorelaw.com
Phone: 703-535-7809
Fax: 571-223-5234

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August, 2021, I will electronically file the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Cara A. Gardner
Tara Ravindra
Assistant United States Attorneys
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

                                                /s/
                                          Samuel C. Moore
District of Columbia Bar ID: 1015060
Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: scmoore@scmoorelaw.com
Phone: 703-535-7809
Fax: 571-223-5234