AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Kyle James Young

Defendant

) Case: 1:21-cr-00291
) Assigned to: Judge Berman Jackson, Amy
) Assign Date: 4/9/2021
) Description: INDICTMENT (B)
) Related Case No: 21-cr-00246 (ABJ)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kyle James Young

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 Obstruction of an Official Proceeding; 18 U.S.C. § 231(a)(3) Civil Disorder; 18 U.S.C. § 111(a)(1) Assaulting, Resisting, or Impeding Certain Officers; 18 U.S.C. § 2111 Robbery; 18 U.S.C. § 1752(a)(1) Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(3) Impeding Ingress and Egress in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(4) Engaging in Physical Violence in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(E) Impeding Passage Through the Capitol Grounds or Buildings; 40 U.S.C. § 5104(e)(2)(F) Act of Physical Violence in the Capitol Grounds or Buildings;

Date:   04/09/2021

2021.04.09 16:16:07 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12 APRIL 2021, and the person was arrested on *(date)* 14 APRIL 2021
at *(city and state)* REDFIELD, IOWA.

Date: 14 APRIL 2021

TFO Matt Towers
*Arresting officer's signature*

MATT TOWERS   TFO   FBI OM DMRA
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-297 |
| | : | GRAND JURY ORIGINAL |
| THOMAS F. SIBICK, | : | |
| | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. §§ 1512(c)(2), 2 |
| | : | (Obstruction of an Official Proceeding) |
| ALBUQUERQUE COSPER HEAD, | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| Defendant. | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding |
| KYLE J. YOUNG, | : | Certain Officers) |
| | : | 18 U.S.C. § 2111 (Robbery) |
| Defendant. | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(3) |
| | : | (Impeding Ingress and Egress in a |
| | : | Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(4) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(E) |
| | : | (Impeding Passage Through the Capitol |
| | : | Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |

INDICTMENT

Case: 1:21-cr-00291
Assigned to: Judge Berman Jackson, Amy
Assign Date: 4/9/2021
Description: INDICTMENT (B)
Related Case No: 21-cr-00246 (ABJ)

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia and elsewhere, **THOMAS F. SIBICK, ALBUQUERQUE COSPER HEAD**, and **KYLE J. YOUNG** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol without authority and committing an act of civil disorder and engaging in disorderly and disruptive conduct.

**(Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **ALBUQUERQUE COSPER HEAD** and **KYLE J. YOUNG** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officers lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

**(Civil Disorder,** in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **THOMAS F. SIBICK, ALBUQUERQUE COSPER HEAD**, and **KYLE J. YOUNG** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, Officer M.F., an officer from the Metropolitan Police Department, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder,

2

and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

**(Civil Disorder, in violation of Title 18, United States Code, Section 231(a)(3))**

### COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **THOMAS F. SIBICK, ALBUQUERQUE COSPER HEAD, and KYLE J. YOUNG** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Officer M.F. an officer from the Metropolitan Police Department while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers, in violation of Title 18, United States Code, Section 111(a)(1))**

### COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **KYLE J. YOUNG** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Officer M.M. an officer from the United States Capitol Police while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers, in violation of Title 18, United States Code, Section 111(a)(1))**

## COUNT SIX

On or about January 6, 2021, within the special maritime and territorial jurisdiction of the United States, **THOMAS F. SIBICK**, did by force and violence, and by intimidation, take and attempt to take from the person or presence of another, that is, Officer M.F., a thing of value, that is, a police radio and a police badge.

(**Robbery**, in violation of Title 18, United States Code, Section 2111)

## COUNT SEVEN

On or about January 6, 2021, within the special maritime and territorial jurisdiction of the United States, **KYLE J. YOUNG**, did by force and violence, and by intimidation, take and attempt to take from the person or presence of another, that is, Officer M.F., a thing of value, that is, Metropolitan Police Department issued service weapon.

(**Robbery**, in violation of Title 18, United States Code, Section 2111)

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia, **THOMAS F. SIBICK**, **ALBUQUERQUE COSPER HEAD**, and **KYLE J. YOUNG** did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT NINE

On or about January 6, 2021, within the District of Columbia, **THOMAS F. SIBICK**, **ALBUQUERQUE COSPER HEAD**, and **KYLE J. YOUNG** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in

4

disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT TEN

On or about January 6, 2021, within the District of Columbia, **THOMAS F. SIBICK**, **ALBUQUERQUE COSPER HEAD**, and **KYLE J. YOUNG** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, obstructed and impeded ingress and egress to and from a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting.

(**Impeding Ingress and Egress in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(3))

## COUNT ELEVEN

On or about January 6, 2021, within the District of Columbia, **THOMAS F. SIBICK**, **ALBUQUERQUE COSPER HEAD**, and **KYLE J. YOUNG** did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting.

(**Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

## COUNT TWELVE

On or about January 6, 2021, within the District of Columbia, **THOMAS F. SIBICK**, **ALBUQUERQUE COSPER HEAD**, and **KYLE J. YOUNG** willfully and knowingly obstructed, and impeded passage through and within, the United States Capitol Grounds and any of the Capitol Buildings.

**(Impeding Passage Through the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(E))

## COUNT THIRTEEN

On or about January 6, 2021, within the District of Columbia, **THOMAS F. SIBICK**, **ALBUQUERQUE COSPER HEAD**, and **KYLE J. YOUNG** willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

**(Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:

FOREPERSON.

*Channing D Phillips /RW*

Attorney of the United States in
and for the District of Columbia.

## United States District Court for the Southern District of Iowa

Presiding: Honorable Celeste F. Bremer, U.S. Magistrate Judge
Criminal No. 4:21-mj-00251-CFB   :   Clerk's Court Minutes – Initial Appearance

United States of America vs. Kyle J. Young

| | |
|---|---|
| Gov. Atty(s): Virginia M. Bruner | : ✓ Indictment   Superseding Indictment   Information |
| Def. Atty(s): Steven P. DeVolder | :   Complaint   Warrant |
| Court Reporter: FTR Gold | : Code Violation/Offense: |
| Interpreter: N/A | : 18:1512(c)(2) Obstruction of an Official Proceeding and Aiding and Abetting (1), 18:231(a)(3) Civil Disorder (2-3); 18:111(a)(1) Assaulting, Resisting, or Impeding Certain Officers (4-5); 18:2111 Robbery (7); 18:1752(a)(1) Entering and Remaining in a Restricted Building or Grounds (8); 18:1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds (9); 18:1752(a)(3) Impeding Ingress and Egress in a Restricted Building or Grounds (10); 18:1752(a)(4) Engaging in Physical Violence in a Restricted Building or Grounds (11); 40:5104(e)(2)(E) Impeding Passage Through the Capitol Grounds or Buildings (12), 40:5104(e)(2)(F) Act of Physical Violence in the Capitol Grounds or Buildings (13) |
| Date: April 15, 2021 | |
| Time Start: 2:36 p.m.   Time End: 2:42 p.m. | |

### Initial Appearance

✓ Defendant Advised of Rights

| | | | |
|---|---|---|---|
| Representation: | Appointed FPD | Appointed CJA | ✓ Retained Counsel |
| Next Court Event: | Preliminary | Arraignment | Removal Hearing |
| Set for: | | | |

### Arraignment

| | |
|---|---|
| Trial Scheduled for: | :   Advised of Charges/Maximum Penalties |
| Rule 16 Material due: | :   Indicted in True Name |
| Reciprocal Discovery due: | :     True Name: |
| Pretrial Motions due: | :   Reading of Indictment Waived |
| Plea Notification Deadline: | :   Plea of Not Guilty Accepted as to Ct(s): |
| Plea Entry Deadline: | :   Denied Forfeiture |

### Custody Status

✓ Government Moved for Detention     Detention Hearing Set: April 21, 2021, at 3:30 p.m.
Court Ordered Defendant:   Released on Bond   ✓ Detained

Minutes:

Per Administrative Order No. 20-AO-4-P entered by Chief Judge John A. Jarvey on March 24, 2020, Defendant appeared at the hearing by video conference from the Polk County Jail. Retained counsel Steven P. DeVolder appeared for Defendant. All parties consented to holding this hearing via video conference. Defendant advised of rights. Government moved for detention. Defendant waived the identity hearing in this district but requested a detention hearing. A detention hearing is set for April 21, 2021, at 3:30 p.m. before the Honorable Celeste F. Bremer via video conference to the Polk County Jail. Court orders defendant to remain detained pending proceedings in the District of Columbia. Court finds the hearing was conducted by reliable electronic means.

/s/ M. Lee
Deputy Clerk

AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF IOWA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:21-mj-00251-CFB |
| Kyle J. Young | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

### and/or Preliminary Hearing

A detention hearing in this case is scheduled as follows:

| Place: U.S. District Court, Des Moines, Iowa Via Video Conference to the Polk County Jail | Courtroom No.: Room 455 - Via VTC |
|---|---|
| | Date and Time: 4/21/2021 3:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 15, 2021

*Judge's signature*

Celeste F. Bremer, U.S. Magistrate Judge

*Printed name and title*

## United States District Court for the Southern District of Iowa

Presiding: Honorable Celeste F. Bremer, U.S. Magistrate Judge
Case No. 4:21-mj-00251-CFB-1                : Clerk's Court Minutes – Detention Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Kyle J. Young |

Plaintiff(s) Counsel: Virginia M. Bruner

Defendant(s) Counsel: Steven P. DeVolder and William L Kutmus

Court Reporter: Chelsey Wheeler     :    Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| MOTION for Detention [5] | Granted | : | |

Proceedings:

Per Administrative Order No. 20-AO-4-P entered by Chief Judge John A. Jarvey on March 24, 2020, Defendant appears at the hearing by video conference from the Polk County Jail. The defendant appeared with retained attorney Steven P. DeVolder and William L Kutmus. All parties consented to conducting this hearing via video conference. Government is moving for detention. Government counsel offers Exhibits 1-5 with no objection from the defense. Court admits Exhibits 1-5.  3:37 PM  Proffer by Government. 3:48 PM  Defense calls witness Agent Matt Towers. 3:49 PM Witness sworn. 3:49 PM Direct examination commences. 3:52 PM Witness excused. 3:52 PM Defense calls witness Andrea Young, wife of defendant. 3:52 PM Witness sworn. 3:52 PM Direct examination commences.  4:01 PM Redirect 4:03 PM Witness excused. 4:03 PM Argument by government. 4:08 PM Argument by defense.  4:16 PM Court orders defendant to remain detained.  Court advised defendant of appeal rights. Court sets Status Conference with Counsel only for April 23, 2021 at 11:45 AM regarding the defendants Initial Appearance in the District of Columbia (criminal case number 1:21-cr-00291). Counsel shall call the Court's AT&T Conference Line at 1-866-590-5055 and enter access code 7013731 at the prompt.

Government Exhibit 1-5 received, and counsel for Government to file on CM/ECF per local rules. Court finds the hearing was conducted by reliable electronic means.

Time Start: 3:34 PM
Time End:  4:23 PM
Date: 4/21/2021

/s/ P. Luthens
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | Case No. 4:21-mj-00251-CFB |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **RULE 5 ORDER** |
| Kyle J. Young ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

**IT IS SO ORDERED.**

Date: April 21, 2021

*Celeste F. Bremer*
*Judge's signature*

Celeste F. Bremer, U.S. Magistrate Judge

*Printed name and title*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:21-mj-00251-CFB |
| Kyle J. Young ) | |
| ) | Charging District's |
| Defendant ) | Case No.   1:21-cr-00291 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   U.S. District Court,   District of   Columbia   ,

*(if applicable)*   N/A   division. The defendant may need an interpreter for this language:

N/A   .

The defendant:   ☑ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.   Defendant may appear in the District of Columbia by video before being transported by the USMS.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

A status conference is set with counsel for 11:45AM on April 23, 2021 by phone to determine when and how Defendant shall appear in the District of Columbia.

Date:   April 21, 2021

*Celeste F. Bremer* (signature)

*Judge's signature*

Celeste F. Bremer, U.S. Magistrate Judge

*Printed name and title*

# U.S. District Court
## Southern District of Iowa (Central)
## CRIMINAL DOCKET FOR CASE #: 4:21-mj-00251-CFB-1

Case title: USA v. Young                                      Date Filed: 04/14/2021
Other court case number: 1:21-cr-00291 District of Columbia   Date Terminated: 04/22/2021

Assigned to: Magistrate Judge Celeste F. Bremer

### Defendant (1)

**Kyle J. Young**                        represented by **Steven P. DeVolder**
*TERMINATED: 04/22/2021*                                DEVOLDER LAW FIRM
                                                        1228 SUNSET DR
                                                        SUITE C
                                                        NORWALK, IA 50211
                                                        515-981-5150
                                                        Fax: 515-981-5156
                                                        Email: Steven.DeVolder@DeVolderLawFirm.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

                                                        **William L Kutmus**
                                                        KUTMUS, PENNINGTON & HOOK P.C.
                                                        5000 Westown Parkway
                                                        Suite 310
                                                        West Des Moines, IA 50266
                                                        515 288 3339
                                                        Fax: 515 288 8629
                                                        Email: Jodi@KPHlawfirm.com
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

### Pending Counts                                      ### Disposition
None

### Highest Offense Level (Opening)
None

### Terminated Counts                                   ### Disposition
None

### Highest Offense Level (Terminated)

None

## Complaints

18:1512(c)(2) Obstruction of an Official Proceeding and Aiding and Abetting (1); 18:231(a)(3) Civil Disorder (2-3); 18:111(a)(1) Assaulting, Resisting, or Impeding Certain Officers (4-5); 18:2111 Robbery (7); 18:1752(a)(1) Entering and Remaining in a Restricted Building or Grounds (8); 18:1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds (9); 18:1752(a)(3) Impeding Ingress and Egress in a Restricted Building or Grounds (10); 18:1752(a)(4) Engaging in Physical Violence in a Restricted Building or Grounds (11); 40:5104(e)(2)(E) Impeding Passage Through the Capitol Grounds or Buildings (12); 40:5104(e)(2)(F) Act of Physical Violence in the Capitol Grounds or Buildings (13)

## Disposition

## Plaintiff

**USA**                                               represented by **Virginia M. Bruner (Former)**
                                                      UNITED STATES ATTORNEY'S OFFICE
                                                      - DSM
                                                      110 E COURT AVE
                                                      SUITE 286
                                                      DES MOINES, IA 50309
                                                      515-473-9300
                                                      Fax: 515-473-9292
                                                      Email: virginia.bruner@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Government - Federal*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2021 | 19 | TRANSCRIPT of Proceedings as to Kyle J. Young re 10 Detention Hearing held on April 21, 2021, before Judge Celeste F. Bremer. Page Nos: 1-37. Court Reporter Chelsey Wheeler, Telephone number 515-323-2895. Transcript may be viewed at court public terminal or purchased through Court Reporter before deadline for Release of Transcript Restriction. After that date it may be obtained through court reporter, Clerk's Office, or PACER. Redaction Request due 6/1/2021. Redacted Transcript Deadline set for 6/10/2021. Release of Transcript Restriction set for 8/6/2021. (cmw) (Entered: 05/05/2021) |
| 05/03/2021 | 18 | TRANSFER LETTER to the District of Columbia as to Kyle J. Young. Letter e-mailed to District of Columbia. (kmp) (Main Document 18 replaced on 5/3/2021 to flatten) (kmp). (Entered: 05/03/2021) |
| 04/23/2021 | 17 | ELECTRONIC EXHIBITS *Detention Hearing Exhibits* as to Kyle J. Young re 10 Detention Hearing (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5) |

| | | |
|---|---|---|
| | | (Bruner, Virginia) (Entered: 04/23/2021) |
| 04/23/2021 | 16 | TEXT ORDER as to Kyle J. Young re 14 Commitment to Another District. Defendant chooses not to proceed via video from the Southern District of Iowa for his appearance before the District of Columbia. The United States Marshal Service shall transport the defendant to the District of Columbia per 14 Commitment Order. Signed by Magistrate Judge Celeste F. Bremer on 4/23/2021. (kmp) (Entered: 04/23/2021) |
| 04/23/2021 | 15 | Minute Entry for proceedings held before Magistrate Judge Celeste F. Bremer: Status Conference as to Kyle J. Young held on 4/23/2021. (Court Reporter FTR Gold.) (kmp) (Entered: 04/23/2021) |
| 04/21/2021 | 14 | COMMITMENT TO ANOTHER DISTRICT as to Kyle J. Young. Defendant committed to District of District of Columbia Signed by Magistrate Judge Celeste F. Bremer on 4/21/2021. (pll) Modified on 4/22/2021 to correct date signed (mrc). (Entered: 04/22/2021) |
| 04/21/2021 | 13 | RULE 5 ORDER as to Kyle J. Young. Signed by Magistrate Judge Celeste F. Bremer on 4/21/2021. (pll) (Entered: 04/21/2021) |
| 04/21/2021 | 12 | TEXT ORDER as to Kyle J. Young. Status Conference with counsel only set for 4/23/2021 at 11:45 AM via Phone Hearing(CFB). Counsel shall call 1-866-590-5055 and enter code 7013731. Hearing will be held before Magistrate Judge Celeste F. Bremer. Signed by Magistrate Judge Celeste F. Bremer on 4/21/2021. (pll) (Entered: 04/21/2021) |
| 04/21/2021 | 11 | ORDER granting 5 Motion for Detention and Commitment to another District as to Kyle J. Young (1). Signed by Magistrate Judge Celeste F. Bremer on 4/21/2021. (Main Document 11 replaced on 4/22/2021) (pll). (Entered: 04/21/2021) |
| 04/21/2021 | 10 | Minute Entry for proceedings held before Magistrate Judge Celeste F. Bremer: Detention Hearing as to Kyle J. Young held on 4/21/2021. (Court Reporter Chelsey Wheeler.) (pll) (Main Document 10 replaced on 4/22/2021 clerk typo) (Entered: 04/21/2021) |
| 04/21/2021 | 9 | Bail/Bond Report (Sealed) as to Kyle J. Young. (Davidson, Priscilla) (Entered: 04/21/2021) |
| 04/19/2021 | 8 | NOTICE OF ATTORNEY APPEARANCE: Retained Counsel William L Kutmus appearing for Kyle J. Young (Kutmus, William) (Entered: 04/19/2021) |
| 04/16/2021 | 7 | NOTICE OF ATTORNEY APPEARANCE: Retained Counsel Steven P. DeVolder appearing for Kyle J. Young (DeVolder, Steven) (Entered: 04/16/2021) |
| 04/15/2021 | 6 | ORDER OF TEMPORARY DETENTION AND SCHEDULING A DETENTION HEARING as to Kyle J. Young. Detention Hearing set for 4/21/2021 at 03:30 PM in Des Moines - Room 455 - 4th Floor South - Video Proceeding before Magistrate Judge Celeste F. Bremer. Defendant will appear via video conference from the Polk County Jail. Signed by Magistrate Judge Celeste F. Bremer on 4/15/2021. (mel) (Entered: 04/15/2021) |
| 04/15/2021 | 5 | ORAL MOTION for Detention by USA as to Kyle J. Young. (mel) (Entered: 04/15/2021) |
| 04/15/2021 | 4 | Minute Entry for proceedings held before Magistrate Judge Celeste F. Bremer: Initial Appearance in Rule 5(c)(3) Proceedings as to Kyle J. Young held on 4/15/2021. Detention Hearing set for 4/21/2021 at 03:30 PM in Des Moines - Room 455 - 4th Floor South - Video Proceeding before Magistrate Judge Celeste F. Bremer. Defendant will appear via video conference from the Polk County Jail. (Court Reporter FTR Gold.) (mel) (Entered: 04/15/2021) |
| 04/14/2021 | 3 | TEXT ORDER as to Kyle J. Young. Initial Appearance - Rule 5(c)(3) set for 4/15/2021 at 02:30 PM in Des Moines - Room 455 - 4th Floor South - Video Proceeding before |

| | | |
|---|---|---|
| | | Magistrate Judge Celeste F. Bremer. Signed by Magistrate Judge Celeste F. Bremer on 4/14/2021. (kmp) (Entered: 04/14/2021) |
| 04/14/2021 | 2 | Sealed Arrest Warrant from the District of Columbia as to Kyle J. Young. (kmp) (Entered: 04/14/2021) |
| 04/14/2021 | 1 | Rule 5(c)(3) Documents Received as to Kyle J. Young from the District of Columbia. (kmp) (Entered: 04/14/2021) |
| 04/14/2021 | | Arrest (Rule 5.c.3) of Kyle J. Young from charges pending in District of Columbia. (kmp) (Entered: 04/14/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/13/2021 14:05:08 | | | |
| PACER Login: | BrittanyBryant:6635828:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:21-mj-00251-CFB Start date: 1/1/1980 End date: 8/13/2021 |
| Billable Pages: | 3 | Cost: | 0.30 |
| Exempt flag: | Exempt | Exempt reason: | Always |

**PACER fee: Exempt**