CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY -5 2022

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA )
)
vs. )   Criminal Case No.: 21-CR-291-3 (ABJ)
)
)
KYLE J. YOUNG (3) )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

X *Kyle Young*
Defendant

_____
Counsel for Defendant

I consent:

*Cara Gardner*
Assistant United States attorney

Approved:

*Amy B. Jackson*   Date: 5/5/22

Amy Berman Jackson
United States District Judge