UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-291-3 (ABJ) |
| | : | |
| KYLE JAMES YOUNG, | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO EXTEND THE DATE ON WHICH THE SENTENCING MEMORANDA ARE DUE

The United States of America and defendant Kyle J. Young, through their respective counsel, hereby jointly move to extend the date on which the sentencing memoranda for this case are due from August 18, 2022, to September 12, 2022.

The sentencing date is this case was rescheduled to September 26, 2022, and the parties could benefit from additional time in filing their respective memoranda.

WHEREFORE, the parties ask this Court to vacate the sentencing memoranda date set for August 18, 2022, and set a new due date of September 12, 2022.

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney
                                            DC Bar No. 481052

By:      */s/Cara Gardner*
             CARA GARDNER
             Assistant United States Attorney
             D.C. Bar No. 1003793
             United States Attorney's Office
             601 D Street, N.W.
             Washington, D.C. 20530
             Telephone: 202-252-7009
             Email: cara.gardner@usdoj.gov

       _/s/ Sam C. Moore_
Sam C. Moore
Attorney for Kyle J. Young
Law Office of Samuel C. Moore, PLLC
526 King Street, Suite 506
Alexandria, VA 22314
703.535.7809 (office)
571.223.5234 (fax)