UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-291-3 (ABJ) |
| | : | |
| KYLE JAMES YOUNG, | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION TO DOCKET REDACTED SENTENCING MEMORANDUM**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves for an order to publicly docket a redacted version of the government's Sentencing Memorandum.

In support thereof, the Government states as follows:

1. Sentencing is scheduled for September 27, 2022.

2. The Government's Sentencing Memorandum contains information from the victim's medical records. To protect the victim's privacy, the Government is requesting that the version of the Sentencing Memorandum filed to the public docket be redacted of information that was obtained from the victim's medical records.

3. Defense counsel, Sam Moore, indicated that the defense does not object to the Government's request.

**WHEREFORE**, the United States respectfully requests that this Court issue an Order directing that the Clerk of the Court publicly docket a redated version of the Statement of Offense.

1

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:

\_\_\_\_\_/s/_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
Federal Major Crimes Section
D.C. Bar No. 1015665
601 D St, N.W.,
Washington, D.C. 20001
202-252-2650
Kimberly.paschall@usdoj.gov

\_\_\_\_\_/s/_____
CARA A. GARDNER
Assistant United States Attorney
D.C. Bar 1003793
U.S. Attorney's Office
601 D St, N.W.,
Washington, D.C. 20001
202-252-7009
Cara.Gardner@usdoj.gov

2

CERTIFICATE OF SERVICE

    I certify that a copy of the Government's Consent Motion to Docket Statement of Offense was served on all counsel of record via the Court's electronic filing service.

                                                                                                          */s/ Cara Gardner*
                                                                                                          CARA GARDNER
                                                                                                          Assistant United States Attorney

Date:   September 12, 2022