# EXHIBIT 1

06-15-2022

Honorable Judge Amy Berman Jackson

United States District Court

District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Re: Kyle Young's Sentencing

Your Honor,

My name is Andrea Young. I am Kyle Young's wife. I have known Kyle for over 15 years. Kyle and I have been married for 11 years. We have four beautiful children together. I married my best friend. I love Kyle with all my heart and soul. I could not have married a better man. He is a dedicated husband and father. Kyle is hardworking and a good provider for our family.

I understand Kyle has taken responsibility for his actions on January 6, 2021. I know firsthand how truly remorseful Kyle is for his role on that appalling day. I remember speaking with him on the phone as he was on his way home from Washington D.C. He was very emotional and sobbing. Kyle is not a man who cries very often. He is not proud of his actions on that day. I have been and will be here to support Kyle 100% through this whole process.

I don't want Kyle's actions on January 6, 2021 to define who Kyle Young really is. This was completely out of character for him.  I wish you could see him through my eyes. He is the fun parent. The kids are always out and about with him. Driving around on four wheelers or side by sides. They love being in nature with dad. All the silly fun is to be had with dad. Kyle is the man who packs bags of food, clothes and essentials for the homeless people he sees. He is always helping friends in need without hesitation. Kyle is always the first person to pull over for a stranded motorist to see if he can lend a hand, give a ride or offer his phone. Kyle is always the voice of reason when I am being irrational. He has a way of helping you think of more rational ways to approach a difficult situation. Kyle is the sweetest most understanding man I know. To our children he falls in the same category as Superman. He is not a perfect man. In fact, he makes many mistakes. Kyle is a man that can admit when he is wrong. If you asked him today he would say Yes, I was wrong.

Kyle has missed out on the last 14 months of milestones of our two year old son, Jack. He was 15 months old the last time he saw Kyle. Jack doesn't understand who dad is. Sometimes he will see a man on T.V. and says "look it's dad." Our nine year old daughter's name is Paige. She went to her first daddy daughter dance this last February. Her friend shared her daddy with her for the dance. She sometimes

wakes up at night crying for her dad. We have a thirteen year old son named Kalen as well. Kalen had open heart surgery in 2018. He is has an upcoming follow up appointment July 25. He had a Ventricular Septal Defect. While in surgery the surgeon noticed the blood flow was reversed. He went ahead and corrected that as well. In correcting the flow it opened up a possibility he may develop a leak later in life. The possibility for another surgery is heartbreaking. I don't think we could get through it without Kyle. We also have a seventeen year old son. His name is Cole. Cole has gotten himself into trouble since Kyle has been incarcerated. Watching our lives unfold without Kyle has been extremely tough on our family. Kyle has not been able to be here when things have gone really good for us. He also has not been able to be here for us when things in our lives have fallen apart. I believe Kyle has learned a very hard life lesson. His own family has suffered the consequences of his actions. Kyle had a better job than me and made the majority of our income. He just finished HVACC trade school. I work as a custodian to support our children. I can guarantee Kyle will never attend another rally for as long as he lives. Losing his family and freedom is not worth that to him. We are lost with out him.

Respectfully Yours,

Andrea Young

Savannah Green

Kyle Young

24 June 2021

      Hello, to whomever is reading this. My name is Savannah, I'm 19 years old and am dating Kyle's cousin, Jamie Young. I've known Kyle, Andrea, and all of their kiddos for only a short year. But during this year I have learned so much about all of them, learned so much from them, and felt welcomed and appreciated in their home as part of the family. I understand this letter is supposed to be based on what I personally have seen and witnessed via Kyle. However, I feel if I share my personal experience with the bunch it may help bring a little bit more closure to him; himself. Bear with me, because we're starting from the beginning.

      The first time I heard Kyle's name just so happened to be one of my first times hanging out with Jamie and his shop friends. Kyle, at the time, just had puppies and had given one to Jamie. I can remember his smile and how excited he was to go pick up his new best friend. This meant a lot to him. On and off for quite some time I heard about Kyle from different parts of Jamie's family and some of the crazy things he's done FOR his family. Kyle lived a ways away from us so it did take us sometime before I actually met him face to face. I first physically met Kyle helping Jamie and his family move things out of a house that was going to be torn down. Kyle was wrestling with his older son, playing with his dogs, laughing, and enjoying his day. I stood next to Jamie while he and Kyle caught up on current events, and talked about future plans for him and his family. Eventually Jamie spoke up and explained who I was and why I was just awkwardly standing next to them while they talked. Immediately, just like the rest of Jamie's family; Kyle started joking with me and giving me crap about dating his cousin. Just like anyone else would do. At least where I grew up we always cracked jokes with or about people outside of the family. As stated previously, I felt beyond welcomed and not so nervous and out of place.

      As time started passing by, Kyle and Andrea began renovating their house; in hopes to move states and build their dream home. The plans Kyle was speaking about were finally beginning to come into play. Kyle was constantly working, if not at his job he was on the move all over his house. Progress was being made quickly and eventually Jamie, and I began making weekend visits to help here and there.

While only seeing them on the weekends doesn't seem like a lot of time to get to know someone, and their family; I surely did. Kyle talked a lot about his kids, and the things he wants to do with them in the future. I also saw him interact with his kids lots of times! Definitely not the type of person to leave them on the back burner. From hanging Paige, and Jack upside down and tickling them, to showing off his son Kalen artwork, and wrestling with his oldest, Cole. As someone who came from a broken family, it makes my heart happy beyond my vocabulary to see someone include their kids in everything.

Aside from how Kyle is with his kids, his kids in general are very respectful. All of them have their own individual flaws, but together they make a great team. I personally did not have a lot of time with Cole, however Paige is my bestest friend and she knows it; and Kalen and I share both an art, and video game interest. He was easy to talk to- I did steer away from Jack, I have a really hard time around younger kids because they make me very nervous. Though, Jack did like to point and laugh at me. He did a great job as a dad, and a dad figure to Kalen, I'm very excited to see them sprout into their own self.

Above all, Kyle is a very caring person. Although he may not seem like it, as much as he likes to try and hide it; he's kind. Kyle, personally, has helped me through a few rough mental patches. Some days I really don't feel like I could get out of bed- and of course I never wanted to burden anyone; but Kyle sat on the other end of the phone and talked to me. Before I knew it, quite some time had passed and I felt so much better! I hardly ever talk to anyone, I'm a fairly closed in person. Even in person it was common for him to notice if something was bugging me, he never hesitated to make sure things were going okay in my head. Because, Kyle knows better than anyone that our biggest fight is with ourselves in our own mind.

Kyle also talked highly of Andrea. He's SO in love with her- I always loved hearing about her when she wasn't around. ONLY because they were usually silly embarrassing stories! (😂) On a serious note, Andrea cooks, cleans and takes care of Kyle just like any other woman in a relationship and Kyle appreciated every second of it. Him and Andrea have a very unique relationship- it's rare to see two people give each other so much crap, but still get everything done, still give each other time and attention, still love their kids and pets, and NOT be on bad terms. But that is most definitely a personal opinion based on what and where I grew up. Really, they're a power couple, there's not hardly anything that could've stopped them from getting what

needs to be done. They're both great role models, and I'm thankful for them being a part of my life.

Besides me personally, Jamie and I have heard so many stories about all the things he's done for people- sometimes regardless if he liked them or not. I know that Kyle does anything in his power to make sure things are done right, or to do the right thing.

I know this letter may not help his case any, but I do hope it brings light to what he really is as a person. Kyle really does deserve to be heard. He's a great friend, cousin, husband, and dad. I've known him for a short period of time, but he just had a kid and I would hate to see all of it taken away from him because he was trying to do the right thing.

Kyle has touched so many people's lives, including my own- please shine some light on him.

July 4th, 2022

Honorable Judge Amy Berman Jackson
United States District Court
333 Constitution Ave NW
Washington D.C. 20001

Re- Kyle Young's Sentencing

Dear Honorable Judge Amy Berman Jackson:

I have known Kyle Young since 2010. I met him as he was engaged to Andrea a dedicated, hardworking employee of mine from Kum & Go, that I worked with since 2004. Andrea and I had worked together for 7 years. Both Andrea and I were single parents and we had that in common. Kyle and Andrea asked me to be a witness for their wedding. I was so happy she found someone that made her happy and could help her raise her son. I am ordained, and I witnessed their ceremony at the courthouse when they got married. Since 2010, Kyle has helped my family with construction projects, moving, assembling sporting equipment for my son, like a basketball hoop, backing up my trailer up a steep driveway, and helping me with my pets. They have always visited me even when I moved out of state, and we have remained good friends ever since. Kyle has always been someone I could count on. Kyle has always provided friendship, any service and support needed for my family. I watched Kyle raise a family and be a good hardworking parent. I care deeply about Kyle, Andrea, and their children, and it has been a blessing to have them in my life.

I am aware of the trouble Kyle is in and I understand he is taking responsibility for his actions. If there was anything I could do I would to help both Kyle and Andrea. I would be more than happy to testify to how much Kyle has helped me and my family. Financially, I am unable to do much, but have donated a little for his legal defense. I have purchased Christmas presents at Christmas so their kids would have a good holiday. I am here to provide whatever support I can both while he is in prison and afterward.

Kyle is hardworking, caring, selfless, and committed to providing for his family. He always went above and beyond to help me and my children when I didn't have anyone to turn to. He never asked for anything in return. His support, and help was invaluable. I would have never been able to assemble anything like the basketball hoop for my son, as I am not mechanical. Or be able to move heavy objects when I was moving or back up a trailer. He was always there every time I was unable to do something on my own. I am very independent, but a back injury has made doing some things almost impossible. Kyle always jumped right in and did what ever I needed so my boys could have what other kids had. Even helping to walk my energetic dog that I rescued. He loves animals and

really connects with them. He has been like family to me. Family is the most important thing to Kyle. I watched Andrea struggle as a single parent to raise her son for a couple of years all by herself. I watched her work overtime and pick up shifts to try and support her child. And Kyle stepped in and married Andrea, raising Kalen as his own. He worked long hours and made sure Kalen had everything he needed, both financial and emotionally. I watched them have two more beautiful children together and have a full family, complete with pets, and then to finally buy a house. I watched Kyle work on that house every day to make improvements. I know Kyle has made mistakes. His biggest love is for his family and being able to provide for them. He has taken the time he has been away to reflect on his decisions and learned from them. Right now, he needs to be home to take care of his children, provide support for them physically and emotionally, and set an example for them. He needs to be there to finish building their house, and to continue to help his community. Kyle is a selfless, caring person and does make a positive, lasting invaluable impact on people of his community as he has for me and my children. Additional time will not prevent Kyle for living up to his full potential or replace what he can do to provide for his family.

Respectfully yours,

Julie Hartman

06-29-2022

Honorable Judge Amy Berman Jackson

United States District Court

District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Re: Kyle Young's Sentencing

Your Honor,

    I am writing to tell you about Kyle Young. I met him many years ago when my daughter met him. My name is Lora Weatherman. I am Kyle Young's Mother in-law. I love Kyle like he is my own son. I don't have any sons of my own. When my daughter Andrea married Kyle, I gained a son. I had never saw my daughter so happy until she met Kyle. Kyle and Andrea have 4 children, Cole, Kalen, Paige and Jack.

    I know that Kyle is in trouble. He is taking responsibility for his actions. I am willing to do anything and everything I can for Kyle while he is incarcerated and after he come home. I have been helping with the kids as much as I can so Andrea can provide for their family. I go over and stay with my daughter and grandkids as my health allows.

    Kyle is always helping me with anything I need. He has helped me put furniture together multiple times. He would pick up my furniture items so I would not have to pay delivery charges. As I am getting older, he is always offering his assistance. It is always wonderful to see Kyle interact with his kids. There are always huge smiles and laugher. Kyle is always insisting I come over and spend time with the family. I always feel welcome. I could have never asked for a better man to marry my daughter. He is my only son in-law who will do anything for me. Kyle has never been a lazy man. He always has had a job. When I stop by their house, he is always working on something. He put solar panels on their home and had one of the boys up there learning also. He is always teaching the kids how do important things like building and using tools. I miss Kyle dearly. I pray for him daily and to bring him home to us. He is very much needed. I miss his laughter and sense of humor. I have had 3 precancer surgeries since Kyle has been gone. I know it has been extremely hard for Andrea. She needs her husband's support through all these trials. My grandson, Kalen is going to be 14 and has to see his cardiologist in July to check on his heart from surgery he had 4 years ago. I hope what I have told you can help you see how much Kyle is missed, loved and needed.

Respectfully yours,

Lora L. Weatherman

06/28/2022

Honorable Judge Amy Berman Jackson

United States District Court

District of Columbia

333 Constitution Avenue N.W.

Washington, D.C. 20001

## Kyle Young Sentencing

Your Honor,

  My name is Joseph Lienemann.  I have been a friend of Kyle Young's for almost 10 years. Kyle is one of the hardest working people I know. Whether he was putting in overtime at work or working on the house at home. He was always working to provide for his family and to give his kids the best life possible. Not only is he a great family man but he's also a great friend.

   I remember multiple times Kyle helping out his friends and neighbors any chance he could and never asking for anything in return.

  I believe he was only trying to protect his family and he was a victim of poor circumstances. I hope the good in everyone's heart can see that Kyle is a good person and doesn't deserve a punishment that deprives his children of time away as they're growing up.  I don't believe Kyle is a criminal and I do believe he deserves another chance at a normal life with his family reunited as soon as possible! Praying for Kyle and his family during these hard times.

**Sincerely Yours**,

**Joseph E. Lienemann**

07/01/2022

Honorable Judge Amy Berman Jackson

United States District Court

District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001


Re: Kyle Young's Sentencing


Your Honor,


I am writing regarding my brother-in-law Kyle Young.  Kyle is married to my younger sister Andrea. I have known Kyle for approximately 14 years.  When my sister first started dating Kyle, I wasn't sure about him.  I know that my sister loved him, so I gave him a chance.  I want to say that I was way wrong about him.  Over the years Kyle has shown me what a great man he truly is.  He took in my oldest nephew as his own and has raised him.  He is a wonderful father to my niece and nephews.  He is a great husband to my sister and makes her very happy.  I have struggled over the years and Kyle is always the first one to step up and help me.  I never have to ask him for anything.  I had no air conditioning in my home and Kyle made sure I had one for my boys and I. Kyle is a great uncle to my boys.  He potty trained my son Joshua.  My boys love Kyle to death.  I honestly don't know what I would have done without him.  When I left my ex-husband Kyle made sure I had a place to stay, and they took me and my son in. It has been very hard on us as he has been gone.  Not only does his wife and kids miss him, my kids and I miss him.  Thank you for taking the time to read my letter regarding Kyle.


Respectfully Yours,

Angela Mejia Gonzalez

June 25,2022

Honorable Judge Amy Berman Jackson

United States District Court

333 Constitution Avenue N.W.

Washington D.C. 20001

Re: Kyle Young's sentencing

Your Honor:

My brother is Kyle Young. My name is Carley Hankins-Lund. I have known Kyle my whole life. Kyle is my more than a brother to me. He is kind of like my dad too. My bond with my brother is more like a father figure.

I know Kyle is accepting responsibility for his actions for January 6. While Kyle is incarcerated, I will do whatever I can to help him. I will also be here for him when he does get to come home.

Kyle has given me a place to live when I have been without. I've watched Kyle change his life for the better the last 12 years. He got married and has a beautiful family. My nephews and niece adore their dad just like I always have. He has been there for me through thick and thin. He was always there for me even when I wasn't ready to change my life. He has helped inspire me. I was able to turn my life because he supported me and believed in me.  As a little girl Kyle was the person who got me ready for school. He put me in dresses and even braided my hair. He always made sure I made it to school every day. Kyle is a man who learns from his mistakes and can make a change. I have personally seen him change his life. It is hard to watch his kids grow up with out him. I know how much I needed him when I was a little girl too.

Respectfully yours,

Carley Hankins-Lund

Honorable Judge Amy Berman Jackson
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: Kyle Young's Sentencing

Your Honor,

    My name is Danasha Weaver. I am Kyle Young's older sister. I have known Kyle for 38 years.

    Kyle is a loving and caring brother. If I ever needed help, Kyle would be the first person to go out of his way to help me no matter what I needed.

    Kyle is a very hard worker and has completed HVAC schooling finishing top in his class.

    Kyle loves his family. He is a loyal husband and a considerate and caring father. He is a great uncle to my children as well as our sisters' children. He always makes us feel like we are welcome and loved.

    I understand the trouble Kyle is in, I feel he is truly sorry and ready to take responsibility for his actions.

    I will always be available to Kyle for emotional support. I love and care for him very much.

    Each time I had my last 3 children Kyle drove 1600 miles to be with me at the hospital and meet his nephew and nieces. When we were little he would lead me around on our pony for hours. He always let me go first. He never complained. He has always been a considerate and loving brother to me. When my oldest son needed a place to stay he let him come stay with him, use his car, and got him a job.

    Kyle has learned from this experience he is ready to return home to his incredible family and his community. Additional confinement is not needed.

                                                Respectfully Yours,
                                                Danasha Weaver