# EXHIBIT 2

06/18/2022

Your Honor,

My name is Kyle Young. I'm writing to explain my thoughts and feelings regarding the events of January 6th. I would also like to apologize to all the officers that were involved and injured. Thank for reading this letter.

I would especially like to apologize to M█████████ I hope that the injuries he sustained physically and emotionally will fully heal. I hope the hurt I have caused to his family will heal. Someday in the future I would like to apologize to him face to face if he would ever be willing to allow it.  Maybe one day he will be able to forgive me for my actions. Nobody deserves what Officer F█████ endured that day.

I would like to let you know I am not affiliated with any groups or organizations. I had no plans to participate in the events that happened. I was only there to witness a historical event.

I still can't believe I let myself and my son get swept up into such terrible events. I do not condone or advocate violence especially against law enforcement. I am ashamed my son was witness to those troubled events. By the time we reached the car I was feeling horrible and still do about everything that happened.

The next morning, I heard that over 180 officers had been severely injured and hospitalized. It made me sick to my stomach to hear that and think I had taken part in it. I also realize the officer's families suffered greatly as well.

I was a nervous wreck and highly ashamed of myself afterwards. I told my wife about it when I got home. I broke down crying. I just didn't know what to do. A couple weeks later I saw my face on the FBI's most wanted list. I immediately turned myself in to the U.S. Federal Marshals. I wasn't going to run from something I knew I did wrong and am ashamed of daily. I once again apologize to the officers and their families for the hardship I caused.

I'll never do anything like that ever again. I do not condone this and do not promote this like others have done. Violence isn't the answer. When this is all over, I want to go home to be a good husband to my wife. I want to be the good father my children deserve and be able to provide for my family.


Respectfully,

Kyle Young