**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-cr-291-3 (ABJ)** |
| **KYLE JAMES YOUNG,** | |
| **Defendant.** | |

**GOVERNMENT'S RESPONSE TO COURT ORDER OF SEPTEMBER 26, 2022**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the Court's Minute Order on September 26, 2022. First, the government does believe the Court can enter its judgment at the sentencing hearing on September 27, 2022, pursuant to 18 U.S.C. § 3664(d)(5), while the government endeavors to make a final determination with respect to any restitution sought on behalf of the Metropolitan Police Department. See 18 U.S.C. § 3664(d)(5) and (o)(1)(c). Second, the government is not seeking additional time to determination any restitution owed to any individual officer victim, as the government is not seeking restitution on behalf of an individual officer.

Respectfully submitted,

MATTHEW M. GRAVES
ACTING UNITED STATES ATTORNEY

BY:   /s/ *Cara A. Gardner*
CARA A. GARDNER
Assistant United States Attorney
D.C. Bar 1003793
U.S. Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001

1

202-252-7009
Cara.Gardner@usdoj.gov

_____/s/_____

KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar No. 1015665
601 D St, N.W.,
Washington, D.C. 20001
202-252-2650
Kimberly.paschall@usdoj.gov