UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 1:21-cr-291-3 |
| | : | |
| KYLE YOUNG, | : | Honorable Judge Amy B. Jackson |
| *Defendant.* | : | |
| | : | |

**DEFENDANT'S POSITION**
**REGARDING RESTIUTION**

COMES NOW, Kyle Young, by and through counsel, and provides the Court with his position regarding restitution in response to the Court's Minute Order of September 25, 2022. 18 U.S.C. § 3664(d)(5) provides that "[i]f the victim's losses are not ascertainable by the date that is 10 days prior to sentencing, the attorney for the Government or the probation officer shall so inform the court, and the court shall set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing."

In its position regarding sentencing, the Government made a request that the Court defer its decision on restitution at this time, citing to 18 U.S.C. § 3664(d)(5). Despite this request, it is unclear what "victim's losses are not ascertainable by the date that is 10 days prior to sentencing" and how this generalized request satisfies 18 U.S.C. § 3664(d)(5). As cited by the Government, if subsequent losses are discovered, the Government may petition the Court under 18 U.S.C. § 3664(d)(5) and (o)(1)(c).

For these reasons, Defendant respectfully requests that the Court enter its judgment on restitution following the sentencing hearing on September 27, 2022, based on the information submitted and the agreement of the parties.

Respectfully submitted,

Kyle Young
By Counsel

\_\_/s/_____
Samuel C. Moore
Virginia State Bar No. 73233
Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: scmoore@scmoorelaw.com
Phone: 703-535-7809
Fax: 571-223-5234
*Counsel for the Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2022, I electronically filed the foregoing with the Clerk of Court Using the CM/ECF system, which will then send a notification of such filing (NEF) to:

> Cara Gardner
> Kimberly Paschall
> Assistant United States Attorneys
> Judiciary Center
> 601 D Street, NW
> Washington, DC 20001

\_\_/s/_____
Samuel C. Moore
Virginia Bar No. 73233
Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: scmoore@scmoorelaw.com
Phone: 703-535-7809
Fax: 571-223-5234