UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE JAMES YOUNG,<br><br>  Defendant. | Case No. 21-cr-291-3 (ABJ) |

**GOVERNMENT'S RESPONSE TO COURT ORDER OF OCTOBER 17, 2022**

   The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the Court's Minute Order on October 17, 2022. The government does not object to the release of the government's sentencing exhibits used in the above-captioned case to the members of the media.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY: /s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar No. 1015665
601 D St, N.W.,
Washington, D.C. 20001
202-252-2650
Kimberly.paschall@usdoj.gov

1