UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.   : | Case No. 1:21-cr-291-3 |
| : | |
| KYLE YOUNG,   : | |
| *Defendant.*   : | |
| : | |

**DEFENDANT'S RESPONSE TO MINUTE ORDER**
**REGARDING VIDEO EXHIBIT RELEASE**

COMES NOW, Kyle J. Young, by and through counsel, and respectfully submits this response to the Court's October 17, 2022, Minute Order directing all parties to respond to the Press Coalition's request for the release of videos referenced in and depicted in screenshots in the Government's Sentencing Memorandum and, in doing so, avers as follows:

1. On October 13, 2022, counsel for the Press Coalition filed a petition requesting access to the public release of videos referenced in the Government's Sentencing Memorandum.  *See* ECF Doc. 151.

2. On October 17, 2022, the Court issued a Minute Order directing the parties to advise the Court whether they object to the release of the videos at issue in the Sentencing Memorandum.

3. Accordingly, Mr. Young advises that he takes no position on the relief sought by the Press Coalition in its October 13, 2022, petition.

Respectfully submitted,

Kyle Young
By Counsel

/s/Samuel C. Moore
Samuel C. Moore
DC Bar No. 1015060

Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: scmoore@scmoorelaw.com
Phone: 703-535-7809
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2022, I electronically filed the foregoing with the Clerk of Court Using the CM/ECF system, which will then send a notification of such filing (NEF) to all other Parties.

                                                         ___/s/  Samuel C. Moore____
                                                         Samuel C. Moore
                                                         DC Bar No. 1015060
                                                         Law Office of Samuel C.  Moore, PLLC
                                                         526 King St., Suite 506
                                                         Alexandria, VA 22314
                                                         Email: scmoore@scmoorelaw.com
                                                         Phone: 703-535-7809